United States District Court
Southern District of Texas
**ENTERED**
December 30, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **MA. ARACELI AZUA SANCHEZ,** § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | **CIVIL ACTION NO. 4:25-CV-5995** |
| § | |
| **PAMELA BONDI,** *et al.*, § | |
| § | |
| Respondents. § | |
| § | |

# ORDER

Before the Court is Ma. Araceli Azua Sanchez's Petition for Writ of Habeas Corpus and for Emergency Injunctions (ECF No. 1) and Respondents' Response to the Petition for Writ of Habeas Corpus and Motion to Dismiss, and, in the Alternative, Motion for Summary Judgment (ECF No. 5). After considering the briefing and the applicable law, the Court **GRANTS THE PETITION IN PART.** For the reasons previously articulated by this Court and by numerous other District Courts in the Southern District of Texas and across the country, the Court has determined that the Petitioner is properly subject to 8 U.S.C. § 1226(a), rather than 8 U.S.C. § 1225(b)(2). *See Mendez Velazquez v. Noem*, 4:25-cv-04527 (S.D. Tex. Oct. 30, 2025) (Ellison, J.); *Buenrostro-Mendez v. Bondi*, No. CV H-25-3726, 2025 WL 2886346 (S.D. Tex. Oct. 7, 2025); *Fuentes v. Lyons et al.*, 25-cv-00153 (S.D. Tex. Oct. 16, 2025); *Lopez Benitez v. Francis*, No. 25 CIV. 5937 (DEH), 2025 WL 2371588, at *8 (S.D.N.Y. Aug. 13, 2025). The Court is persuaded by the reasoning in these decisions. The Court therefore **DENIES** Respondents' Response to the Petition for Writ of Habeas Corpus and Motion to Dismiss, and, in the Alternative, Motion for Summary Judgment (ECF No. 5).

It is hereby **ORDERED** that Respondents provide Petitioner with a bond hearing before an Immigration Judge under 8 U.S.C. § 1226(a) by January 7, 2026, or else release Petitioner. It is further **ORDERED** that Respondents update the Court on the status of the bond hearing by January 8, 2026.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 29th day of December, 2025.

Keith P. Ellison
United States District Judge